No. 00–1714. TUCKER ET VIR v. FISCHBEIN ET AL.; and

No. 00–1723. FISCHBEIN v. TUCKER ET VIR. C. A. 3d Cir. Certiorari denied. Reported below: 237 F. 3d 275.